FILED
CLERK, U.S. DISTRICT COURT

May 3, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN CASTRO HERNANDEZ, on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>Plaintiff,<br><br>v.<br><br>HOT POT IRVINE 1 LLC d/b/a LITTLE SHEEP MONGOLIAN HOT POT; HOT POT SACRAMENTO 1 LLC d/b/a LITTLE SHEEP MONGOLIAN HOT POT; JOHN DOE CORPORATIONS 1 – 12 d/b/a LITTLE SHEEP MONGOLIAN HOT POT, and MICHAEL PUI LUK,<br><br>Defendants. | CASE NO. 8:20-cv-01343-SB-JDE<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## **ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, without prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Dated: May 3, 2021



_____
Stanley Blumenfeld Jr.
United States District Judge